UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

IN RE:

DONALD D OSTROWSKI                                    CASE NO. 10-12191
ELIZABETH Y OSTROWSKI                                 CHAPTER 7
            DEBTOR(S).

### NOTICE OF DEPOSIT SMALL DIVIDENDS

Comes now Mark A. Warsco and submits this Notice of Deposit of Undistributed Funds and states as follows:

1. That Mark A. Warsco is the duly appointed Trustee and as such, holds funds of this estate, which should be distributed to creditors thereof.

2. The following distributions are in an amount under $5.00:

> Claim #1 of Pharia L.L.C.
> Account number:  5699
> Claimed amount:  $3,142.19
> Pro rata distribution:  $2.51
>
> Claim #2 of American Infosource LP
> Account number:  2912
> Claimed amount:  $1,084.55
> Pro rata distribution:  $.87
>
> Claim #3 of American Infosource LP
> Account number:  8121
> Claimed amount:  $6,028.76
> Pro rata distribution:  $4.84
>
> Claim #4 of Merchants Retail Credit Association, Inc.
> Account number:  240980
> Claimed amount:  $504.10
> Pro rata distribution:  $.40

Claim #5 of St. Joe Hospital
Account number:  0042
Claimed amount:  $952.91
Pro rata distribution:  $.76

Claim #6 of Delaware Co. Anesthesiologists
Account number:  1009526
Claimed amount:  $432.54
Pro rata distribution:  $.35

Claim #8 of Lutheran Hospital
Account number:  0122
Claimed amount:  $892.20
Pro rata distribution:  $.72

Claim #9 of AFMC
Account number:  714506
Claimed amount:  $624.72
Pro rata distribution:  $.51

Claim #10 of LVNV Funding LLC
Account number:  6600
Claimed amount:  $4,684.98
Pro rata distribution:  $3.76

Claim #13 of GE Money Bank
Account number:  6814
Claimed amount:  $371.35
Pro rata distribution:  $.46

Claim #15 of Dupont Hospital
Account number:  0188
Claimed amount:  $2,759.95
Pro rata distribution:  $2.21

Claim #16 of Summit Radiology
Account number:  7886
Claimed amount:  $163.00
Pro rata distribution:  $.13

Claim #17 of Summit Radiology
Account number: 1014
Claimed amount: $52.00
Pro rata distribution: $.05

Claim #18 of Snow & Sauerteig LLP
Account number: 7254
Claimed amount: $4,865.93
Pro rata distribution: $3.90

Claim #19 of Capital Recovery III LLC
Account number: 8006
Claimed amount: $5,925.29
Pro rata distribution: $4.75

Claim #20 of Capital Recovery III LLC
Account number: 7954
Claimed amount: $954.51
Pro rata distribution: $.76

Claim #21 of Capital Recovery IV LLC
Account number: 1120
Claimed amount: $185.59
Pro rata distribution: $.15

**TOTAL AMOUNT OF ALL CLAIMS: $27.43**

3.  Pursuant to FRBP 3010(a), the distribution shown in paragraph 2 is to be treated in the same manner as unclaimed funds, as provided in 11 U.S.C. §347.

4.  Trustee believes it is appropriate that the sum(s) set forth in paragraph 2 be paid to the United States Bankruptcy Clerk for the use and benefit of the party set forth therein.

Dated:  July 29, 2011		/s/ Mark A. Warsco
				Mark A. Warsco, Trustee
				P.O. Box 11647
				Fort Wayne, IN  46859-1647
				Telephone:  (260) 469-0256
				e-mail: bankruptcy@rlwlawfirm.com

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document has been served on the following parties either by electronic submission through the Court's ECF system, or by deposit in the U.S. Mail, postage prepaid, to the addresses below, on July 29, 2011:

JEFFREY S. ARNOLD
jsarnold@arnolddebtrelief.com

Office, U.S. Trustee
USTPREGION10.SO.ECF@USDOJ.GOV

PHARIA L.L.C.
C O WEINSTEIN AND RILEY, PS
2001 WESTERN AVENUE, STE 400
SEATTLE, WA 98121

American Infosource Lp as
Agent for Target
PO Box 248866
Oklahoma City, OK 73124-8866

Merchants Retail Credit Association,Inc
Med&Den Business Bureau of Allen Co,Inc
PO Box 11285
333 E Washington Blvd
Fort Wayne, IN 46857

St. Joe Hospital
15673 Collections Center Drive
Chicago, IL 60693-0156

Delaware Co. Anesthesiologists
ATLAS COLLECTIONS INC
PO BOX 44
MUNCIE, IN 47308-0044

Lutheran Hospital
17950 W. Jefferson Blvd
Fort Wayne, IN 46804

AFMC
6400 Rothman Rd.
Fort Wayne, IN 46835

LVNV Funding LLC
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

GE Money Bank
c/o Recovery Management Systems Corporat
25 SE 2nd Ave Suite 1120
Miami FL 33131-1605

Dupont Hospital
Post Office Box 11709
Fort Wayne, IN 46860-1709

Summit Radiology
c/o Snow&Sauerteig
203 E Berry St Ste 1310
Ft Wayne, In 46802

Snow & Sauerteig LLP
203 East Berry Street, Suite 1310
Fort Wayne, IN 46802

| | |
|---|---|
| Capital Recovery III LLC | Capital Recovery IV LLC |
| c/o Recovery Management Systems | c/o Recovery Management Systems |
| Corporation | Corporat |
| 25 SE 2nd Avenue Suite 1120 | 25 SE 2nd Avenue Suite 1120 |
| Miami FL 33131-1605 | Miami FL 33131-1605 |

/s/  Mark A. Warsco

Mark A. Warsco, Trustee